UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
LEXINGTON DIVISION

***Electronically Filed***

| | | |
|---|---|---|
| DAVID GRIGSBY | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | CASE NO. ____________________ |
| v. | ) | |
| | ) | Removed from Woodford Circuit Court |
| OSRAM SYLVANIA INC. | ) | Case No. 16-CI-00052 |
| | ) | |
| Defendant. | ) | |
| | ) | |

**NOTICE OF REMOVAL**

For its Notice of Removal of the case entitled, *David Grigsby v. Osram Sylvania Inc.*, pending as Case No. 16-CI-00052 in Woodford Circuit Court, Woodford County, Kentucky to the United States District Court for the Eastern District of Kentucky at Lexington, Defendant Osram Sylvania, Inc. ("Osram"), hereby states as follows:

1. On March 3, 2016, Plaintiff David Grigsby ("Plaintiff") filed an action entitled *David Grigsby v. Osram Sylvania Inc.*, pending as Case No. 16-CI-00052 in the Commonwealth of Kentucky, Woodford Circuit Court (the "State Court Action").

2. This action arises out of a claim to recover compensatory damages due to injuries sustained based on claims for common law negligence, negligent selection/supervision/entrustment, negligence per see and respondeat superior.

3. Osram was served with the summons and complaint in the State Court Action on March 7, 2016. Pursuant to 28 U.S.C. § 1446(a), true and exact copies of all process, pleadings, and orders filed in this matter are attached as **Exhibit A**.

4. This Notice of Removal is timely under 28 U.S.C. § 1446 in that it is filed within thirty (30) days after receipt by Osram, through service or otherwise, of a pleading, motion, order or other paper form which it may first be ascertained this case is one which is removable. *See Murphy Bros., Inc. v. Michetti Pipe Stringing, Inc.*, 526 U.S. 344, 354 (1999) (30-day time limit for removal runs from the date of formal service of complaint).

5. Pursuant to 28 U.S.C. § 1441(a), a civil action brought in a state court, over which the United States District Court has original jurisdiction, may be removed to that District Court embracing the place where such action is pending. Because the State Court Action was pending in the Commonwealth of Kentucky, Woodford Circuit Court, this Court has removal jurisdiction.

6. Osram removes this action pursuant to 28 U.S.C. § 1332 in that there is complete diversity of citizenship between Plaintiff and Defendant and the amount in controversy exceeds the sum of $75,000, exclusive of interest and costs.

7. Plaintiff is a resident of Fayette County, Kentucky and a citizen of Kentucky. *See* Plaintiff's Complaint, ¶ 12.

8. Defendant Osram is organized under the laws of the State of Delaware with its principal place of business in Massachusetts. For diversity jurisdiction purposes, Osram is a citizen of Delaware and Massachusetts. 28 U.S.C. § 1332(c)(1).

9. Since Plaintiff is a citizen of Kentucky and Defendant is a citizen of Delaware and Massachusetts there is complete diversity of citizenship in this matter as defined by 28 U.S.C. § 1332(a).

10. In his Complaint, Plaintiff seeks judgment against Osram for an amount in excess of the minimal jurisdictional limits of the State court, and reasonable attorney's fees.

Plaintiff's Complaint states "the damages claimed herein exceed the jurisdictional minimum of Federal District court for purposes of diversity jurisdiction…." *See* Plaintiff's Complaint at ¶14.

11. Based on the foregoing allegations contained in Plaintiff's Complaint, a reasonable probability exists that the amount in controversy exceeds the $75,000.00 jurisdictional threshold required for diversity jurisdiction.

12. While Osram relies in part on the allegations in Plaintiff's Complaint for the purpose of calculating the amount in controversy, it reserves the right to challenge all of Plaintiff's assertions and denies that Plaintiff is entitled to any relief whatsoever in this action.

13. Pursuant to 28 U.S.C. § 1446(d), Defendant shall promptly serve written notice of filing of this Notice of Removal on Plaintiff and shall file a copy of the same with the Woodford County Circuit Court.

14. Given the circumstances set forth above, this action, which has been filed in the Woodford County Circuit Court, constitutes a civil action which could have originally been brought in this Court pursuant to 28 U.S.C. § 1332, and may be removed pursuant to 28 U.S.C. § 1441(a).

WHEREFORE, Osram hereby removes the above-captioned action from the Circuit Court in Woodford County, Kentucky, and requests that further proceedings be conducted in this Court as provided by law.

Respectfully submitted,

FROST BROWN TODD LLC

s/ Casey Wood Hensley
Casey Wood Hensley
400 West Market Street, 32nd Floor
Louisville, KY 40202-3363
(502) 589-5400
(502) 581-1087 (fax)
chensley@fbtlaw.com
*Counsel for Defendant*
*Osram Sylvania Inc.*

**CERTIFICATE OF SERVICE**

I hereby certify that on April 1, 2016, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system, and a copy of the foregoing Notice was served by first class U.S. Mail, postage prepaid upon:

Timothy L. Stevenson
Sowell Stevenson & Steidl PLLC
941 Lehman Ave, Ste 201
P O Box 1072
Bowling Green, KY 42102
tim@ssslaw.net
brad@ssslaw.net
*Counsel for Plaintiff*

Gary S. Logsdon
GARY S LOGSDON & ASSOCIATES PSC
P O Box 382
Brownsville, KY 42210
gary@garylogsdonlaw.com
*Counsel for Plaintiff*

s/ Casey Wood Hensley
*Counsel for Defendant*

4845-2073-5791v1